IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD C. BELL,

      Plaintiff,                    No.  2:12-cv-2732 CKD P

    vs.

GARY SWARTHOUT, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. See 28 U.S.C. § 636(c).

        By order filed February 15, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).
3  Dated: April 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 bell2732.dis